UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| DANIEL C. MADISON,<br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 00-2633 JMR/FLN |

**STIPULATION AND PROTECTIVE ORDER**

Pursuant to the Federal Rules of Civil Procedure, the Court enters the following Protective Order which shall be permanently binding and enforceable against the Plaintiff, his attorney and all legal or equitable successors:

1. Formal discovery in this action calls for production of certain proprietary or otherwise commercially sensitive material, as well as confidential employee information.

2. All documents, interrogatory answers, admissions, depositions and other discovery materials produced or served by Defendant to Plaintiff and his counsel, which contain information relating to employees other than Plaintiff in any way, or relating to Express Scripts, Inc.'s ("Express Scripts") income or expenses, sales, customers, personnel, business plans or projections, business practices, or employee manuals or procedural manuals, or any document marked as "confidential" shall be confidential and shall be utilized by Plaintiff's counsel only for the prosecution or defense of this case. Plaintiff's personnel file shall not be confidential under this Stipulation. Defendant shall designate all confidential documents as such prior to any production to counsel for Plaintiff, with the exception of deposition testimony as described in paragraph 5..



::ODMA\PCDOCS\ST_LOUIS\741024\1

**EXHIBIT A**

AUG - 8 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Plaintiff and his counsel agree not to disseminate or disclose to anyone material designated as being "confidential," or any extracts, summaries, notes, etc. thereof, except as set forth herein. Plaintiff and his counsel specifically agree not to disseminate or disclose material designated as being "confidential," or any extracts, summaries, notes, etc. thereof, to any other attorneys or future, current or former employees of Defendant.

4. Except as may be agreed to by the Defendant, disclosure of such discovery materials produced by Defendant or the information contained therein, or any extracts, summaries, notes, etc. thereof, shall be limited to Plaintiff's counsel, Plaintiff's expert witnesses and Plaintiff's counsel's legal and clerical assistants, as may be necessary in the prosecution or defense of this action. Counsel for Plaintiff shall advise all persons to whom discovery materials are disclosed pursuant to this paragraph of the existence of this Order and shall provide all persons with a copy of this Order and shall require the execution of the acknowledgment notice, attached as Exhibit1, prior to the disclosure of confidential information.

5. Deposition testimony by any current or former employee, representative or agent of Defendant in this case relating to any employee other than Plaintiff, to Express Scripts' income or expenses, sales, customers, personnel, compensation, business plans or projections, business practices, or employee manuals or procedural manuals is hereby deemed "confidential" regardless of whether it has been specifically marked by Defendant as "confidential," and shall be utilized by Plaintiff only for the prosecution or defense of this case.

6. All originals and copies of confidential material, together with any extracts, summaries or notes thereof, shall be returned to Defendant at the conclusion of this litigation.

7. Confidential material may be filed with the Court, or included in whole or in part in pleadings, motions or briefs, only if submitted under seal. Any pleadings, motions or briefs,





**EXHIBIT A**

or memoranda in support thereof, summarizing such confidential information shall also be filed under seal. Such filings shall be submitted in sealed envelopes each of which shall bear the case number of this action and a statement substantially in the following form: "This envelope contains documents protected from disclosure under a Stipulation and Protective Order filed with this Court. It shall not be opened or released from the custody of the Clerk of the Court except by Order of the Court."

8. Nothing in this Stipulation and Protective Order shall be deemed to limit the extent to which counsel for the parties may advise or represent their respective clients, conduct discovery, prepare for trial, present proof at trial, seek additional protections regarding use of information, or oppose the production or admissibility of any information or documents which have been requested by means of objection, claim of privilege or otherwise.

9. The inadvertent or unintentional disclosure by the supplying party of confidential matter, regardless of whether the information was so designated at the time of disclosure, shall not be deemed a waiver, in whole or in part, of any claims of confidentiality either as to the specific information disclosed or as to any other information relating to or on the same or related subject matter.

10. This Order shall remain in full force and effect until such time as it is modified, amended or rescinded by the Court or until such time as the parties may petition the Court to modify or amend its terms as the scope of discovery dictates.

HELLMUTH & JOHNSON, P.A.

By: ______________________

David Hellmuth
10400 Viking Dr., Suite 560
Eden Prairie, MN 55344
(952) 941-4005

*Attorneys for Plaintiff Daniel Madison*



::ODMA\PCDOCS\ST_LOUIS\741024\1

**EXHIBIT A**

HUSCH & EPPENBERGER, LLC

By: [signature]
Gaynell Gallagher
100 North Broadway, Suite 1300
St. Louis, MO 63102
(314) 421-4800

and

Allen W. Hinderaker
Merchant & Gould, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-5292

*Attorneys for Defendant Express Scripts, Inc.*

**SO ORDERED:**

[signature]
U.S. Magistrate Judge

Dated: Aug. 7, 2001



::ODMA\PCDOCS\ST_LOUIS\741024\1

**EXHIBIT A**

**EXHIBIT 1**

## CONFIDENTIALITY ACKNOWLEDGEMENT NOTICE

I, ______________________________, being the counsel for Plaintiff or a legal or clerical assistant thereto, expert witness or other individual involved in the case of Daniel Madison v. Express Scripts, Inc., Cause No. 00-2633 JMR/FLN, in the United States District Court for the District of Minnesota, acknowledge the following:

1. That a Stipulation and Protective Order has been issued in the above-referenced case relating to the confidentiality of certain information disclosed by Defendant during discovery;

2. That in the course of being involved in the prosecution of the above-referenced case, I may be exposed to such confidential information that is the subject of the Stipulation and Protective Order that has been issued in the above-referenced case;

3. That I have received a copy of, have read and understand the terms of the Stipulation and Protective Order entered in the above-referenced matter;

4. That I agree to uphold the terms and conditions of said Stipulation and Protective Order and not disseminate or disclose such confidential information, or any extracts, summaries, notes, etc. thereof, to any other person, including, but not limited to, other attorneys, or future, current or former employees of Defendant; and

5. That I will return any originals or copies of any confidential material, along with any extracts, summaries or notes, etc. thereof, to Plaintiff's counsel when the above-referenced matter is concluded.

**SO ACKNOWLEDGED AND AGREED:**

______________________________
Signature

______________________________
Printed Name

Dated: ______________________________, 2001.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500